George Green v. The State.

No. 8914. Decided October 29, 1924.

No motion for rehearing filed.

Forgery.

No statement of facts nor bills of exception appearing in record, cause is affirmed.

Appeal from the Criminal District Court No. 2, of Dallas County. Tried below before the Hon. Chas. A. Pippin, Judge.

Appeal from a conviction for forgery; penalty, two years in the penitentiary.

No brief filed by appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

MORROW, Presiding Judge.—The offense is forgery; punishment fixed at confinement in the penitentiary for a period of two years.

The facts heard by the trial court are not before us. No fault in the procedure is complained of by bill of exceptions or perceived by this court.

The judgment is affirmed.

*Affirmed.*